74 A.3d 123

Gary WALKER, Petitioner

v.

Louis FOLINO, Warden of the State Correctional Institution at Greene; District Attorney, County of Philadelphia; Attorney General, Commonwealth of Pennsylvania, Respondents.

No. 108 EM 2013.

Supreme Court of Pennsylvania.

Sept. 5, 2013.

## ORDER

PER CURIAM.

AND NOW, this 5th day of September, 2013, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.

74 A.3d 1024

Jason T. HUTCHINSON, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

No. 56 EM 2013.

Supreme Court of Pennsylvania.

Aug. 1, 2013.

## ORDER

PER CURIAM.

AND NOW, this 1st day of August, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.